STATE of Missouri, Respondent,

v.

Maurice CUNNINGHAM, Appellant.

No. WD 50256.

Missouri Court of Appeals,
Western District.

Jan. 9, 1996.

Rosemary E. Percival, Asst. Appellate De-
fender, Kansas City, for appellant.

Philip M. Koppe, Asst. Attorney General, Kansas City, for Respondent.

Before FENNER, C.J., P.J., and SPINDEN and SMITH, JJ.

PER CURIAM.

### ORDER

Appeal from conviction, after jury trial, of one count of possession of controlled substance, § 195.202, RSMo 1994.

Judgment affirmed. Rule 30.25(b).